Thomas James Dorn
Court Of Record
Sui Juris
In propria persona

v.

Judge Verna Carpenter,
Jefferson County Court,
City and County of Denver

United States District Court of
District of Colorado

Case Number: *1:20-cv-02501-MEH*
&
~~Case Number: *1:20-cv-02103-KLM*~~

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2020

JEFFREY P. COLWELL
CLERK

## MOTIONS FOR THE COURT

I wish to motion for consolidation of the two cases *1:20-cv-02501-MEH and 1:20-cv-02103-KLM*. I have served Verna Carpenter according to the local rules regarding service by mail, and I am also currently attempting personal service. I am waiting for the return receipt, or the affidavit from the process server.

The Plaintiff and Trustor, *[signature] Thomas Dorn all Rights Reserved*
9/8/2020

All Rights Reserved

Jury Trial Demanded

Page 1 of 1

Thomas James Dorn
Court Of Record
Sui Juris
In propria persona

v.

Judge Verna Carpenter,
Jefferson County Court,
City and County of Denver

United States District Court of
District of Colorado

~~Case Number: 1:20-cv-02501-MEH~~
~~&~~

Case Number: *1:20-cv-02103-KLM*

## MOTIONS FOR THE COURT

I wish to motion for consolidation of the two cases *1:20-cv-02501-MEH and 1:20-cv-02103-KLM*. I have served Verna Carpenter according to the local rules regarding service by mail, and I am also currently attempting personal service. I am waiting for the return receipt, or the affidavit from the process server.

The Plaintiff and Trustor, *[signature] Thomas Dorn all Rights Reserved*

9/8/2020

All Rights Reserved

Jury Trial Demanded

For Carl
1:20-cv-02501-MEH
1:20-cv-02103-RM

